Donovan J. Dunnion
Law Office of Donovan J Dunnion
600 West Broadway, Suite 700
San Diego, CA 92101
(619) 231-8688

Attorney for Defendant,
Julio Santamaria,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:23CR00185-001-JLS |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | Date: 05/26/2023<br>Time: 09:00 a.m. |
| JULIO SANTAMARIA, | |
| Defendant. | Honorable Janis L. Sammartino |

Comes now Defendant, Julio Santamaria, (hereinafter Defendant or Mr. Santamaria), by and through his attorney, Donovan J. Dunnion, and submits the following Sentencing Memorandum for consideration by the Court at time of Sentencing.

**I
INTRODUCTION**

Mr. Santamaria is a 49-year-old, married, father of two (2) minor children, who is a Naturalized United States citizen. This is Defendant's first involvement with the criminal justice system.

Mr. Santamaria was raised in Tijuana, B.C,, Mexico, with three (3) siblings, by both parents. Defendant's father's death from Covid-19 in 2020. Defendant's mother is a breast cancer survivor, who resides with Defendant, his wife and children in Wildomar, CA. All necessities were provides and the home was free of abuse.

Mr. Santamaria was married in 2003. The union remains intact and the family

1

is supportive of Defendant. Defendant intends to continue residing with his family following release in this case.

Mr. Santamaria underwent a gastric sleeve surgery in 2022. Otherwise he has no physical, mental, emotional, or substance abuse issues or concerns.

Mr. Santamaria obtained a bachelor's degree in business administration from Universidad Autonoma de Baja California in Tijuana, B.C. and a bachelor's degree in marketing from Universidad Cetis in Tijuana, B.C. in 1996.

Defendant has been self-employed for five (5) years, selling overstocked products. Previous to this, Mr. Santamaria sold large appliances for two (2) years. This business ended when Defendant contracted Covid-19. From 2003 to 2016, Defendant sold cosmetics with his wife.

Approximately two years prior to his arrest, Defendant became aware that Guerrero (a life-long acquaintance) and Moreno (both charged elsewhere) were offering various telephone and email hacking services, and they sold encrypted cellular telephones. The defendant agreed to act as a salesman and introducing various potential customers to Guerrero and Moreno, being paid a commission. Defendant also requested personal services, which were never provided.

On February 7, 2023, Defendant entered a plea to a one-count information charging him with a violation of 18 U.S.C. § 371, Conspiracy to Commit Wire and Electronic Communication Interception and Sale of Interception Devices.

Under the terms of the plea agreement, the parties agreed to the following guideline calculations:

1.  Base Offense Level [§2H3.1(a)(1)]                9
2.  2H3.1(b) economic advantage/gain                 3
3.  Acceptance of Responsibility [§3E1.1]          - 2

Mr. Santamaria is permitted to request additional downward adjustments, departures or a variance under 18 U.S.C. §3553.

Defendant requests that he be granted an adjustment for role, and/or a variance

under 18 U.S.C. §3553.

## II
## AN ADJUSTMENT FOR ROLE IS APPROPRIATE

U.S.S.G. §3B1.2 provides a range of adjustments for a defendant who plays a part in completing an offense that makes him substantially less culpable than the average person.

As noted in the PSR, Defendant was the least culpable and received a fraction of the compensation of the other actors. Defendant did not have a proprietary interest in the activity. Defendant had no management or supervisory role, and exercised no discretion - indeed, he could not even obtain personal services from the group.

Under the totality of circumstances, an adjustment for minor role is appropriate.

## III
## SENTENCE RECOMMENDATION

This is Mr. Santamaria first involvement with the criminal justice system. In fact, it is the first time he has been in any kind of serious trouble. Defendant is a dedicated father, and very family oriented.

Defendant is ashamed, embarrassed, and remorseful for his conduct herein. Mr. Santamaria as marketable employment skills, strong family support, and is mentally and physically capable of returning to a meaningful member of society.

Defendant is physically healthy and has substantial familial support in returning to a law abiding life. During the pendency of this case Defendant has remained fully complaint with the terms of pretrial release.

Defendant requests probation. As noted in the PSR, the more culpable parties both received probation and the sentence would prevent disparate sentencing.

                                                  Respectfully Submitted,

Dated: 06/20/2023

                                                  s/Donovan J Dunnion
                                                dunnionlawoffice@yahoo.com