## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

### SENTENCING MEMORANDUM

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE:** 23-CR-00185-JLS-1

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

SABRINA L. FEVE, AUSA         sabrina.feve@usdoj.gov

Date: June 20, 2023

/s/ Donovan J. Dunnion
DONOVAN J. DUNNION
Attorney for Defendant