SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: June 29, 2023

USPO ____
AUSA  X
DEF  ____

Defendant's Name: Julio SANTAMARIA  Docket No.: 23cr0185-JLS
Attorney's Name: Sabrina L. Fève  Phone No.: (619) 546-6786
Guideline Manual Used: November 2021  Agree with USPO Calcs. N/A
Base Offense Level(s): USSG § 2H3.1(a)(1)  9
Specific Offense Characteristics: USSG §2H3.1 Comm. Advantage/Econ. Gain  +3

Adjusted Offense Level:
[ ] Combined (Mult. Counts)  [ ] Career Off.  [ ] Armed Career Crim.

Adjustment for Acceptance of Responsibility [ ] Government Motion - USSG §3E1.1(b)]  -2

Total Offense Level: 10
Supervised Release Range (based on Total Offense Level): ____ to ____ years
Fine Range (based on Total Offense Level): $ _____ to $ _____

Criminal History Score: 0
Criminal History Category: I
[ ] Career Offender  [ ] Armed Career Criminal
Guideline Range:  from 6 mths
(Range limited by: [ ] minimum mand.  [ ] statutory maximum)  to 12 mths

Departures:

Resulting Guideline Range: Adjusted Offense Level: _____  from ____ mths
                                                                to ____ mths

RECOMMENDATION: Time Served, $100 S/A*

Under the plea agreement, Defendant has also agreed to forfeit $3,800.