AMENDED SENTENCING SUMMARY CHART                                USPO  ____
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]                AUSA   X
Sentencing Date: June 29, 2023                                   DEF  ____

Defendant's Name: Julio SANTAMARIA           Docket No.: 23cr0185-JLS
Attorney's Name: Sabrina L. Fève             Phone No.: (619) 546-6786
Guideline Manual Used: November 2021         Agree with USPO Calcs.  N/A
Base Offense Level(s): USSG § 2H3.1(a)(1)                              9
Specific Offense Characteristics: USSG §2H3.1 Comm. Advantage/Econ. Gain  +3

Adjusted Offense Level:
[ ] Combined (Mult. Counts)   [ ] Career Off.   [ ] Armed Career Crim.

Adjustment for Acceptance of Responsibility [ ] Government Motion - USSG §3E1.1(b)]   -2

Total Offense Level:                                                  10
Supervised Release Range (based on Total Offense Level): ____ to ____ years
Fine Range (based on Total Offense Level): $ _____ to $ _____

Criminal History Score:                                                0
Criminal History Category:                                             I
[ ] Career Offender          [ ] Armed Career Criminal
Guideline Range:                                          from   6  mths
(Range limited by: [ ] minimum mand.  [ ] statutory maximum)   to 12 mths

Departures: _____

Resulting Guideline Range: Adjusted Offense Level: _____  from ____ mths
                                                             to ____ mths

RECOMMENDATION:  1 year probation, $100 S/A*

Under the plea agreement, Defendant has also agreed to forfeit $3,800.

03/2023